UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NK BEER WINE, INC.,
        Plaintiff,

                                               No. 1:08-cv-067

-v-

                                     HONORABLE PAUL L. MALONEY

UNITED STATES OF AMERICA,
        Defendant.

## JUDGMENT

This action was dismissed, without prejudice, on this Court's order because Plaintiff NK Beer Wine, Inc. failed to retain new counsel after its original counsel withdrew. Accordingly, **JUDGMENT** is entered in favor of Defendant United States and against Plaintiff.

    **IT IS SO ORDERED.**

    **THIS ACTION IS TERMINATED.**

Date:   June 29, 2009                                          /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     Chief United States District Judge